UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TERRY A. BURLISON,

    Plaintiff,

vs.

STEVEN G. ROGERS,
Individually and in his
official capacity as Circuit
Court Judge of Marion
County,

    Defendant.
_____/

VERTIFIED COMPLAINT

Civil Docket No. 5:22-cv-368-JA-PRL

## JURISDICTIONAL BASIS

I.    Plaintiff claims Federal jurisdiction pursuant to Article III section 2 which extends the jurisdiction to cases arising under the U.S. Constitution .

II.    Plaintiff brings this suit pursuant to Title 42 U.S. Code 1983 for violations of certain protections guaranteed to him by the Fifth, and Fourteenth Amendments of the Federal Constitution, by the

p.1

defendant under the color of law in his capacity as a judge in Circuit Court of Marion County.

## "PARTIES"

III. Plaintiff Terry A. Burlison is a natural person residing at 3031 Stillwater Dr. Kissimmee, Florida.

IV. Defendant is a judge pressing at the Fifth Judicial Circuit Court for Marion County, Florida.

## "STATEMENT OF CASE"

Title 42 U.S. Code 1983 reads as follows:

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any state or territory, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof, to the deprivation of any rights, privileges or immunities secured by the Constitution and law, shall be liable to the party injured in the action in the action at law, suit in equity, or other proper proceeding for redress.

On January 12th, 2022 Marion County Circuit Court Judge Steven G.

Rogers permits an exparte attachment, i.e. seizure of plaintiff's real property a mobile home located at 6407 SE 108 St. lot #36 Belleview, Florida without giving him notice of hearing in a state court proceeding. This is a deprivation of property without due process, violating the Fifth Amendment as well the Fourteenth Amendment. SEE attachment marked Exhibit A Certificate of Title issued by the State of Florida.

### "PRAYER FOR RELIEF"

Wherefore plaintiff prays this Court issue equitable relief as follows:

1. Issue injunctive relief commanding defendant to nullify attachment.
2. Issue declaratory relief as this Court deems appropriate just.
3. Issue other relief as this Court deems appropriate just.
4. Award plaintiff his costs of ligation.

Respectfully submitted

Terry A. Burlison
3031 Stillwater Dr.
Kissimmee, Florida 34743
(407)955-8159

### STATEMENT OF VERIFICATION

I have read the above complaint and it is correct to the best of my knowledge.

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, 32399-0610

A08165

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 10L11891 | 1980 | LIBE | HS | 52' | | 17577519 |

Date of Issue 04/08/2010

Registered Owner:
TERRY A BURLISON
6407 SE 108TH ST LOT 36
BELLEVIEW   FL 34420

Mail To:
TERRY A BURLISON
6407 SE 108TH ST LOT 36
BELLEVIEW   FL 34420-3489

**Lien Release**
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

**IMPORTANT INFORMATION**
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.hsmv.state.fl.us/html/titlinf.html

---

# CERTIFICATE OF TITLE

STATE OF FLORIDA

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 10L11891 | 1980 | LIBE | HS | 52' | | 17577519 |

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| FL | UNK | | | | PRIVATE | 10/23/2009 |

| Odometer Status or Vessel Manufacturer or OH use | Hull Material | Prop | Date of Issue |
|---|---|---|---|
| | | | 04/08/2010 |

**Lien Release**
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

Registered Owner:
TERRY A BURLISON
6407 SE 108TH ST LOT 36
BELLEVIEW   FL 34420

1st Lienholder

NONE

DIVISION OF MOTOR VEHICLES  TALLAHASSEE  FLORIDA  DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Carl A. Ford
Director

Control Number 097891609

Julie L. Jones
Executive Director

VOID IF ALTERED

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)
Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.
This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: _____ Address: _____
Seller Must Enter Selling Price: _____ Seller Must Enter Date Sold: _____
I/We state that this ☐ 5 or ☐ 6 digit odometer now reads |_|_|_|,|_|_|_|.|x| (no tenths) miles, date read _____ and I hereby certify that to the best of my knowledge the odometer reading:
☐ 1. reflects ACTUAL MILEAGE.  ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS.  ☐ 3. is NOT THE ACTUAL MILEAGE.
UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: _____  CO-SELLER Must Sign Here: _____
Print Here: _____  Print Here: _____
Selling Dealer's License Number: _____  Tax No.: _____  Tax Collected: _____
Auction Name: _____  License Number: _____

PURCHASER Must Sign Here: _____  CO-PURCHASER Must Sign Here: _____
Print Here: _____  Print Here: _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFT

HSMV 82250 (REV. 04/08)

STATE OF FLORIDA

**EXHIBIT A**