# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

TERRY A. BURLISON,

    Plaintiff,

v.                                            Case No. 5:22-cv-368-JA-PRL

STEVEN G. ROGERS,

    Defendant.
_____

## ORDER

Plaintiff initiated this action by filing a Complaint (Doc. 1) against Defendant, a state court judge, alleging that Defendant allowed the ex parte attachment of Plaintiff's mobile home. (*See* Doc. 1). Plaintiff seeks "injunctive relief commanding defendant to nullify attachment." (*Id.* at 3).

The assigned United States Magistrate Judge has issued a Report and Recommendation (Doc. 7) recommending that Plaintiff's Complaint be dismissed because it "implicates an ongoing or prior state court matter," (Doc. 7 at 1), and thus this Court either lacks subject-matter jurisdiction or must abstain from exercising its jurisdiction. Plaintiff has filed Objections (Doc. 11) to the Report, asserting that the Report should be rejected because "neither party consented to have this case referred to a magistrate judge," (Doc. 11 at 1).

After review of the record in this matter, including consideration of the

Objections (Doc. 11) filed by Plaintiff, the Court agrees with the findings and conclusions in the Report and Recommendation. Plaintiff's objection to the Report is without merit. Consent of the parties is not required for a magistrate judge to have authority to issue a report and recommendation on a dispositive issue where that report is then reviewed by a district court judge after an opportunity for the parties to object. *See* 28 U.S.C. § 636. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 7) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. For the reasons stated in the Report and Recommendation, the Complaint (Doc. 1) is **DISMISSED**.

3. All pending motions are **DENIED as moot**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** on October 14, 2022.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Parties

2